**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FCX PERFORMANCE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 17-CV-05995** |
| | ) | |
| **v.** | ) | **Honorable Matthew F. Kennelly** |
| | ) | |
| **SWANSON FLO COMPANY and** | ) | |
| **JOSEPH M. TOOHEY,** | ) | |
| | ) | |
| **Defendants.** | | |

**JOINT STIPULATION AND ORDER OF DISMISSAL
AND ORDER SETTING ASIDE BOND AND RELEASING SURETY**

The Court, having been advised that a settlement has been reached between Plaintiff FCX Performance, Inc. ("FCX") and Defendants Swanson Flo Company and Joseph M. Toohey (collectively "Defendants" and, along with FCX, the "Parties") of all claims and disputes in this matter, and upon the Parties' stipulation of dismissal and joint request, hereby ORDERS:

a. This action is hereby dismissed in its entirety, without prejudice, and with each of the Parties bearing its or his own fees and costs;

b. The Court shall retain jurisdiction in this matter and any action related thereto to enforce the terms of the Parties' settlement agreement;

c. The Temporary Restraining Order entered by the Court on August 28, 2017, and extended by the Court by Order dated September 13, 2017, is hereby dissolved;

d. The bond posted in this matter on behalf of FCX in the amount of $100,000 (the "Bond") is hereby canceled; and,

e.  The surety on the Bond, Berkley Insurance Company, is hereby discharged and released from any and all obligations under the Bond.

ENTER:

Dated: 11/3/10`7

Judge Matthew F. Kennelly

**So Stipulated**:

**For Plaintiff:**

By: ___/s/ Charles B. Leuin_____
    One of Its Attorneys

Charles B. Leuin
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Of counsel:

David W. Long-Daniels (Lead Counsel)*
Natasha L. Wilson*
Mitchell A. Robinson*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd. NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Fax: (678) 553-2212
Email: long-danielsd@gtlaw.com
Email: wilsonn@gtlaw.com
Email: robinsonma@gtlaw.com
*Attorneys for Plaintiff*
*\*(Admitted Pro Hac Vice)*

**For Defendants:**

By: ___/s/ Michael D. Wong_____
    One of Their Attorneys

James J. Kretsch, Jr., Esq. (MN Bar # 0244399)
John D. Reddall, Esq. (MN Bar # 0386977)
KRETSCH LAW OFFICE PLLC
17850 Kenwood Trail, Suite 219
Lakeville, Minnesota 55044
Telephone:     (952) 832-5500
Facsimile:     (952) 831-0088
jkretsch@kretschlaw.com
jreddall@kretschlaw.com

Jeffrey A. Risch, Esq. (ARDC #6271407)
Michael D. Wong, Esq. (ARDC #6291089)
Steven W Jados, Esq. (ARDC #6289821)
SmithAmundsen LLC
3815 East Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7922 – Telephone
(630) 587-7437 – Facsimile
jrisch@salawus.com
mwong@salawus.com
sjados@salawus.com
*Attorneys for Defendants*